## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JAMES W. SLIGAR, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case Number: 3:19−cv−00271−B |
| | § | |
| MAVENIR SYSTEMS NORTH | § | |
| AMERICA, LLC, MAVENIR | § | |
| SYSTEMS, INC., f/k/a MITEL | § | |
| MOBILITY, INC., MITEL | § | |
| (DELAWARE), INC., and whatever | § | |
| Entity that at any time from February 1, | § | |
| 2016 through May 17, 2018 operated any | § | |
| Business at 1700 International Parkway, | § | |
| Richardson, Dallas County, Texas 75081, | § | |
| | § | |
| *Defendants.* | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff James W. Sligar ("Plaintiff") and Defendants Mavenir Systems, Inc, and Mitel (Delaware), Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice.

Plaintiff and Defendants stipulate that the above-referenced action, and all claims therein, shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

/s/ Wade A. Forsman
Wade A. Forsman
Texas Bar No. 07264257
P.O. Box 918
Sulphur Springs, TX
Telephone: (903) 689-4144
Telecopier: (903) 689-7001
wade@forsmanlaw.com


**ATTORNEY FOR PLAINTIFF
JAMES W. SLIGER.**

/s/ Melissa M. Goodman
Melissa M. Goodman
Texas Bar No. 00790648
melissa.goodman@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5628
Telecopier: (214) 200-0455

**ATTORNEY FOR DEFENDANT MITEL
(DELAWARE), INC.**


/s/ Michael W. Massiatte
Marc D. Katz
Texas Bar No. 00791002
Michael W. Massiatte
Texas Bar No. 24026864
DLA Piper LLP
1900 North Pearl Street
Suite 2200
Dallas, TX  75201
Telephone: (214) 743-4500
Telecopier: (214) 743-4545

**ATTORNEYS FOR DEFENDANT
MAVENIR SYSTEMS, INC.**